# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IBERVILLE PARISH

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE

NO.  2020 CW 1231

**APRIL 21, 2021**

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of Iberville, No. 80144.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the trial court's November 18, 2020 judgment denying the declinatory exception of improper venue filed by defendant, the City of Baton Rouge/Parish of East Baton Rouge, is reversed.  All suits filed against a political subdivision of the state shall be instituted before the district court of the judicial district in which the political subdivision is located or in the district court having jurisdiction in the parish in which the cause of action arises. La.  R.S.  13:5104(B).  The parish where the operative facts occurred that support the plaintiff's entitlement to recovery is where the cause of action arises.  **Impastato v. State, Div. of Admin.**, 2010-1998 (La. 11/19/10), 50 So.3d 1277 (per curiam).  In this case, plaintiff alleges actions of the defendant, the City of Baton Rouge/Parish of East Baton Rouge, created flooding issues in the Parish of Iberville.  Any actions of the City of Baton Rouge/Parish of East Baton Rouge necessarily occurred in the Parish of East Baton Rouge; and accordingly, the parish of proper venue pursuant to La. R.S. 13:5104(B) is the Parish of East Baton Rouge.  Therefore, the defendant's exception of improper venue is granted, and this matter is remanded to the trial court with instructions to transfer this action to East Baton Rouge Parish.  In addition, the portions of the trial court's November 18, 2020 judgment that denied the exceptions of no cause of action, no right of action, prescription and vagueness are vacated, to be addressed by a court of proper venue following transfer.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT